# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JANE DOE and JOHN DOE, Co-Administrators
of the Estate of A.A.,

                      Plaintiff,            **CERTIFICATE OF MERIT**

      -against-                           Docket No. 7:18-cv-11797-PMH

BEDFORD CENTRAL SCHOOL DISTRICT;
DR. CHRISTOPHER M. MANNO; SUSAN
OSTROFSKY; HELAYNA HERSCHKORN PACE;
and STEVEN QUINN,

                      Defendants.
----------------------------------------------------------------X

      EMMA L. FREEMAN, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms, pursuant to CPLR 3012-a:

1. I am an attorney at the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP.

2. I have received documents and responses to discovery requests from Defendants in this matter. I have reviewed the facts of this case and have consulted with at least one psychologist who is licensed to practice in this State, or any other State, and I reasonably believe that said psychologist is knowledgeable as to the relevant issues involved in this particular action, and I have concluded on the basis of such review and consultation that there is a reasonable basis for the commencement of this action.

Dated: December 18, 2020
       New York, New York

                                                Emma L. Freeman

                                                *Attorney for Plaintiffs John Doe and Jane Doe*