# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD

*Via ECF*

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted. The conference scheduled for January 26, 2021 is adjourned until April 21, 2021 at 10:45 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Clerk is instructed to terminate ECF No. 78.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> January 7, 2021

Re: Doe, et al. v. Bedford Central School District, et al.,
7:18-cv-11797-PMH

Your Honor:

    We represent Plaintiffs Jane and John Doe in the above-referenced matter. We write on behalf of all parties to jointly request that the status conference scheduled for 11:45 a.m. on January 26, 2021 be adjourned (*see* Dkt. No. 70).

    On December 16, 2020, the Court granted Plaintiffs' motion to amend their complaint and, accordingly, issued an updated schedule for the remainder of discovery, beginning with Defendants' response to the Amended Complaint on or before January 8, 2021 and any supplemental discovery requests on or before January 29, 2021. *See* December 16, 2020 Minute Entry. In light of these dates, the parties see no need to meet with the Court on January 26, 2021, and respectfully request an adjournment of that date given the new discovery schedule. This is the parties' first request for an adjournment of this conference.

Respectfully,

/s/
Emma L. Freeman

c. *All Counsel of Record*