# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL LEON

April 19, 2021

> Application granted. The April 21, 2021 conference is adjourned until May 10, 2021 at 3:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 19, 2021

*Via ECF*

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:   *Doe, et al. v. Bedford Central School District, et al.*,
      7:18-cv-11797-PMH

Your Honor:

We represent Plaintiffs Jane and John Doe in the above-referenced matter. We write on behalf of all parties to provide a status update regarding discovery (*see* December 16, 2020 Minute Entry) and to jointly request that the status conference scheduled for 10:45 a.m. on April 21, 2021 be adjourned for several weeks, until after expert discovery is complete (*see* Dkt. No. 79).

On December 18, 2020, Plaintiff filed their Amended Complaint (*see* Dkt. No. 77); Defendants filed their Answer to the Amended Complaint on January 8, 2021 (*see* Dkt. No. 80). Plaintiffs have since responded to Defendants' First Set of Interrogatories and Requests for Production, which were served on January 29, 2021. Defendants deposed Plaintiff's experts, Kristin Kucsma, Dr. Zachary Blumkin, and Dr. James Merikangas, on March 22, March 24, and March 25. Plaintiffs are scheduled to depose Defendants' experts, Dr. Jerry Wishner and Dr. Charles Catanese, on April 23 and April 29.

Given the upcoming expert depositions and the absence of any disputes that presently require the Court's attention, the parties respectfully request an adjournment of the April 21 conference date until after all expert depositions are complete. This is the parties' first request for an adjournment of this conference.

Respectfully,
/s/
Emma L. Freeman

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

  c.  *All Counsel of Record*