# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW

DIANE L. HOUK
A L. FREEMAN
AVID BERMAN
RVEY PRAGER
UT KATOVICH
SA BENAVIDES
CK BOURLAND
W K. JONDAHL
ANDA BURRA
MAX SELVER
VAKE PRASAD
NOEL LEON

> Application granted. Defendants shall serve, not file, their Rule 56.1 Statement on Plaintiffs by June 14, 2021; Plaintiffs shall serve, not file, their response by July 9, 2021; Defendants shall file their pre-motion letter by July 16, 2021; and Plaintiffs shall file their response to Defendants' pre-motion letter by July 23, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 88.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 28, 2021

*Via ECF*

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:    *Doe, et al. v. Bedford Central School District, et al.*,
           7:18-cv-11797-PMH

Your Honor:

    We represent Plaintiffs Jane and John Doe in the above-referenced matter. We write on behalf of all parties to jointly request that deadlines for service of Rule 56.1 statements and filing of pre-motion summary judgment letters (*see* May 10, 2021 Minute Entry) all be adjourned for one week.

    The parties make this request to accommodate counsel's schedules and a medical situation. Ms. Holmes, counsel for Defendants, is currently undergoing intensive medical treatment for a knee condition that will continue into early June. Undersigned counsel for Plaintiffs has a previously-scheduled vacation during the week of July 12, 2021. A one-week extension of all summary judgment dates will address both of these concerns. Specifically, the parties request the following adjournments: Defendants' Rule 56.1 statement shall be served (but not filed) by June 14, 2021 (previously June 7, 2021); Plaintiffs' response to Defendants' Rule 56.1 statement shall be served (but not filed) by July 9, 2021 (previously July 2, 2021); Defendants' pre-motion summary judgment letter shall be filed by July 16, 2021 (previously July 9, 2021); and Plaintiffs' response to Defendants' pre-motion summary judgment letter shall be filed by July 23, 2021 (previously July 16, 2021).

    Accordingly, the parties respectfully request a one-week adjournment of the summary judgment deadlines (*see* May 10, 2021 Minute Entry). This is the parties' first request for an adjournment of summary judgment deadlines.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

Respectfully,

/s/

Emma L. Freeman

c.    *All Counsel of Record*