**SILVERMAN & ASSOCIATES**

> Application granted. The parties shall submit joint pretrial materials pursuant to Rules 6(A) and 6(B) of the Court's Individual Practices by January 20, 2023.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 126.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 12, 2023

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    *Doe, et al. v. Bedford Central School District et. al*
               Docket No.: 7:18-CV-11797 (PMH)
               Our File No.: 8788.082

Dear Judge Halpern:

      We represent the Defendants in this matter and write, with the consent of Plaintiffs, to request a brief extension of the deadline for the parties to submit their Pre-Trial Order from January 13, 2023 to January 20, 2023. While we have been working diligently to prepare our portion of the Pre-Trial Order, we respectfully request the additional time to allow us to exchange our respective portions, and specifically the lists of exhibits and designated testimony, and permit the parties time to review each portion and note any objections. We do not believe this extension will have any impact upon the pre-trial conference scheduled for January 30th.

      Thank You for Your attention to this matter.

                            Respectfully submitted,

                            SILVERMAN & ASSOCIATES

                            Gerald S. Smith

To:    **VIA ECF**
        *Counsel for Plaintiffs*