# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

> Application granted. The pretrial conference scheduled for January 30, 2023 is rescheduled to 11:00 a.m. on January 31, 2023.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 26, 2023

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Doe, et al. v. Bedford Central School District et. al*
Docket No.: 7:18-CV-11797 (PMH)
Our File No.: 8788.082

Dear Judge Halpern:

    We represent the Defendants in this matter and are writing, with the consent of Plaintiffs' Counsel, to request that the conference scheduled for January 30th be rescheduled. The reason for this request is that Lew Silverman of this firm is required on Monday to defendant a deposition of a witness who is then leaving the Country for two months, and so there is no other available date to complete this deposition. We apologize for this conflict and for any inconvenience it might cause. We have consulted with Plaintiffs' Counsel and the parties are available on February 6th and 8th if the Court is available as well.

    Please again accept our apologies for this conflict, and we Thank Your Honor in advance for Your cooperation and understanding.

Respectfully submitted,

SILVERMAN & ASSOCIATES

_/s/ Gerald S. Smith_
Gerald S. Smith

To: **VIA ECF**
*Counsel for Plaintiffs*