# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA
ERIC ABRAMS
NAIRUBY L. BECKLES
[remaining names obscured by stamp]

> Application denied. The January 31, 2023 pretrial conference will proceed as scheduled.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 27, 2023

January [date obscured]

*Via ECF*

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarrapos St.
White Plains, New York 10601-4150

     Re: *Doe, et al. v. Bedford Central School District, et al.*,
       7:18-cv-11797-PMH

Dear Judge Halpern:

  We represent Plaintiffs in the above-captioned matter. This afternoon, the Court granted Defendants' application to adjourn the pretrial conference scheduled for January 30, 2023. *See* Dkt. 137. The Court rescheduled the pretrial conference for January 31, 2023, at 11:00am. *Id.* Mr. Maazel is scheduled to appear in New York Supreme Court at 2pm that same day. We respectfully request that the Court hold the pretrial conference on the originally scheduled date of January 30, 2023, the dates proposed by Defendants in their application to adjourn the conference (February 6 or 8), or on another date in which the parties and Court are available.

           Respectfully submitted,

           /s/

           Ilann M. Maazel
           Daniel M. Eisenberg

cc:  *All Counsel of Record*