**SILVERMAN & ASSOCIATES**

> Application granted. This matter will proceed to trial on May 24, 2023. The remaining deadlines set forth in the Court's Order at Doc. 140 shall stay in place.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 141.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 2, 2023

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Doe, et al. v. Bedford Central School District et. al*
Docket No.: 7:18-CV-11797 (PMH)
Our File No.: 8788.082

Dear Judge Halpern:

We represent the Defendants in the captioned matter and write, with the consent of the Plaintiffs and in connection with their position as set forth below, to request a slight modification of the trial schedule in this matter.

During the conference yesterday, I did not realize that I already have a trial scheduled for April 17, 2023, which is the week immediately following the April 10, 2023 date in which this case would be the backup trial. The other case, *Daddino and Brennan v. Valley Stream Central School District* (Eastern District of New York, Docket No.: 2:16-cv-06638-JMA-LGD) was set for trial on November 28, 2022 by Judge Azrack to commence on April 17, 2023. I apologize for not raising this issue at yesterday's conference, however I did not have my calendar with me at the time and could not confirm the specific start date of the *Daddino* trial.

Our request, therefore, is that this matter be set for the secondary date of May 24, 2023. We are not requesting that any of the other deadlines set at the conference and in your Honor's Order dated January 31, 2023 (Docket No. 140) be changed. We request this modification so that I can adequately prepare myself and my clients for both cases and also avoid the possibility that this trial will run longer than expected due to unforeseen circumstances (weather, juror illness or some other contingency) or because the jury may still be deliberating when I am scheduled to start the *Daddino* trial in the Eastern District on April 17, 2023.

*Doe, et al. v. Bedford CSD, et al.*
*Our File No.: 8788.082*
*February 1, 2023*
*Page 2*

**Plaintiffs' Position**

    We consent to Defense counsel's application. In addition, it came to our attention after the conference that the contingent trial date of April 10 substantially overlaps with Passover week, which is an issue for our observant clients.

    Based on the above, we respectfully request that the trial date be moved to the alternative date of May 24, 2023.

    Thank You for Your consideration of this matter.

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Lewis R. Silverman

To:   **VIA ECF**
*Counsel for Plaintiffs*