UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOE, et al.,

                Plaintiffs,

-against-

BEDFORD CENTRAL SCHOOL DISTRICT, et al.,

                Defendants.

**ORDER**

18-CV-11797 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The parties are hereby notified that trial in this matter is adjourned to **August 14, 2023** and will proceed to jury selection beginning at 9:30 a.m. The case must therefore be trial ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

    The pre-trial conference scheduled for **Tuesday April 4, 2023 at 10:00 a.m.** will proceed as scheduled. Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains courthouse.

**SO ORDERED.**

Dated:  White Plains, New York
         March 8, 2023

_____
PHILIP M. HALPERN
United States District Judge