UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOE, et al.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>BEDFORD CENTRAL SCHOOL DISTRICT, et al.,<br><br>                    Defendants. | **ORDER**<br><br>18-CV-11797 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The parties are directed to email Microsoft Word versions of the Second Amended Proposed *Voir Dire* Form (Doc. 157) and the Second Amended Proposed Verdict Sheet (Doc. 158) to Chambers at HalpernNYSDChambers@nysd.uscourts.gov.

Additionally, one exhibit binder produced to the Court by Plaintiff on May 1, 2023, arrived in damaged condition. Accordingly, Plaintiff is directed to produce to the Court one additional exhibit binder at the September 28, 2023 conference.

SO ORDERED:

Dated: White Plains, New York
       September 13, 2023

_____
PHILIP M. HALPERN
United States District Judge