UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOE, et al.,

                          Plaintiffs,                          **<u>ORDER</u>**

              -against-                                       18-CV-11797 (PMH)

BEDFORD CENTRAL SCHOOL DISTRICT,
et al.,

                          Defendants.

PHILIP M. HALPERN, United States District Judge:

        Pursuant to the Joint Pretrial Order (Doc. 174), the case caption in this matter has been

amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER   KORNREICH   and   DOUGLAS
KORNREICH, Co-Administrators of the Estate of          No. 7:18-cv-11797 (PMH)
JACOB KORNREICH,

                          Plaintiffs,

              -against-

BEDFORD   CENTRAL   SCHOOL   DISTRICT;
DR.  CHRISTOPHER  M.  MANNO;  SUSAN
OSTROFSKY; HELAYNA HERSCHKORN; and
STEPHEN QUINN,

                          Defendants.

        The Clerk of Court is respectfully directed to update the docket sheet accordingly.

SO ORDERED:

Dated:    White Plains, New York
          October 5, 2023

_____
PHILIP M. HALPERN
United States District Judge